```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
   CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0055--CR (RRB)
                      "USA V CLAUDE BUTLER"
                     DEF 1.1 BUTLER, CLAUDE

       Including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
      Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  06/22/05
               Closed:  11/29/05
   No. of Defendants:  1
        MJ Case Number:
                  AKA:  MUFF
      Location status:  U.S. Custody
           Trial date:
           Terminated:  YES
    Needs interpreter:  NO
    Counsel of record:  Mary Jane Haden
                        Federal Public Defender
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3400
                        FAX 907-646-3480
                        Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record:  Stephan A. Collins
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        FAX 907-271-1500
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial


   Counts re: DEF 1.1 BUTLER, CLAUDE

   Document        Count    Citation and Description                           Disposition
   _____        _____    _____                           _____
      1 -   1 IND    1      21:841(a)(1) and 841(b)(1)(B) POSSESSION WITH      Sentenced
                            INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF COCAINE  (64-1)
                            (F)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0055--CR (RRB)
                                      "USA V CLAUDE BUTLER"

                                         For all filing dates
```

  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 06/22/05
           Closed: 11/29/05
No. of Defendants: 1


| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 06/22/05 | [Re: DEF 1] Issued WOA. |
| 1 - 1 | 06/22/05 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 06/22/05 | [Re: DEF 1] RRB Grand Jury Minutes re: WOA to be issued. No Bail set. (Detention per 18:3142). |
| NOTE - 2 | 06/28/05 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 6/27/05. |
| NOTE - 3 | 06/28/05 | Notation: Proposed trial date setting for arraignment and notice of speedy trial act deadlines forwarded to USDJ chambers. |
| 3 - 1 | 06/29/05 | DEF 1 Attorney Appearance of S. Ellen Tatter (FPD). |
| 4 - 1 | 06/29/05 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re: Arraignment on Indictment (held 06/28/05); Def plead Not Guilty to Count 1 of the Indictment; Meet and confer 07/01/05; Pretrial motions due 07/14/05; Detention Hearing set 07/06/05 at 2:30 p.m.; Ms. Tatter unavailable first two weeks of August; Def detained; Sue Ellen Tatter Appointed. cc: USA, FPD, USM, USPO, Judge Beistline. |
| 5 - 1 | 06/29/05 | [Re: DEF 1] Financial Affidavit. |
| 6 - 1 | 06/29/05 | [Re: DEF 1] JDR Order of Temporary Detention Pending Hearing. cc: USA, FPD, USM, USPO. |
| 7 - 1 | 06/29/05 | [Re: DEF 1] JDR Order regarding preparation for trial. CC: USA, FPD, Judge Beistline. |
| 8 - 1 | 06/30/05 | [Re: DEF 1] RRB Minute Order setting trial by jury for 8/15/05 at 8:30 a.m. and FPTC for 8/11/05 at 8:45 a.m. in Courtroom #2. cc: AUSA, FPD, USM, USPO, MJ Roberts, jury clerk |
| 9 - 1 | 07/06/05 | [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Det Hrg (held 7/6/05); hrg cont to 7/11/05 at 9:30 am; def detained.  cc: USA, FPD, USM, USPO |
| 11 - 1 | 07/06/05 | [Re: DEF 1] PLF 1 Discovry Conf Certificate. |
| 10 - 1 | 07/07/05 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 12 - 1 | 07/11/05 | {SEALED} |
| 13 - 1 | 07/11/05 | [Re: DEF 1] Order setting conditions of release. CC: USA, FPD, USM, USPO. |
| 14 - 1 | 07/11/05 | [Re: DEF 1] Appearance bond. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0055--CR (RRB)
                              "USA V CLAUDE BUTLER"

                              For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 15 | 1 | 07/11/05 | [Re: DEF 1] Copy of JDR Order of Release. cc: USA, FPD, USM, USPO |
| 16 | 1 | 07/11/05 | [Re: DEF 1] PLF 1 motion on shortened time for reconsideration/appeal of release of def pursuant to 18:3142(f). |
| 16 | 2 | 07/11/05 | [Re: DEF 1] PLF 1 motion on shortened time for stay of release order. |
| 17 | 1 | 07/11/05 | DEF 1 Attorney Appearance of M.J. Haden. |
| 19 | 1 | 07/11/05 | [Re: DEF 1] JDR Minute Order re govt is directed to clarify as directed the intent of their pleading "motion for reconsideration re release order, doc #16". cc: USA, FPD |
| 18 | 1 | 07/12/05 | [Re: DEF 1] Clerk's Notice re receipt of secured bond in amt of $25,000.00.  cc:  Finance w/cy of Notice & original bond |
| 20 | 1 | 07/12/05 | [Re: DEF 1] PLF 1 clarification of it's position re motion on shortened time for reconsideration/appeal of release of def pursuant to 18:3142(f) (16-1) & motion on shortened time for stay of release order. (16-2) |
| 21 | 1 | 07/13/05 | [Re: DEF 1] JDR Order terminating in light of this order: motion on shortened time for stay of release order (16-2); Any request from USA to decide to move to "reopen" the bail hrg due w/in 24 hrs, otherwise, motion for consideration/appeal of def's bail status (16-1) will be referred to USDJ for consideration as an appeal: . cc: USA, FPD, Judge Beistline |
| 22 | 1 | 07/14/05 | [Re: DEF 1] RRB Minute Order a bail hearing re dkt 20 is set for 7/22/05 in courtroom #2.   cc; AUSA, FPD, USM, UPSO |
| 23 | 1 | 07/14/05 | DEF 1 Unopposed motion on shortened time for two-day continuance for PTM's w/att aff. |
| 24 | 1 | 07/15/05 | [Re: DEF 1] JDR Order granting unopposed motion on shortened time for two-day continuance for PTM's (23-1); PTM's due 7/18/05. cc: USA, FPD |
| 25 | 1 | 07/18/05 | DEF 1 motion to suppress w/att memo. |
| 25 | 2 | 07/18/05 | DEF 1 motion (request) for evidentiary hearing. |
| 26 | 1 | 07/19/05 | DEF 1 motion on shortened time to unseal record for limited purpose. |
| 27 | 1 | 07/20/05 | [Re: DEF 1] JDR Minute Order granting motion (request) for evidentiary hearing (25-2); evident hrg on def's motion to suppress (25-1) set for 7/28/05 at 9:30 a.m. before MJ Hall in Anchorage; govt's oppo to def's motion to suppress due NOON 7/27/05. cc: USA, FPD, USM, USPO, MJ Hall |
| 28 | 1 | 07/21/05 | [Re: DEF 1] MDJ Order granting motion on shortened time to unseal record for limited purposes (26-1). cc: USA, FPD |
| 29 | 1 | 07/22/05 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re Bail Review Hearing (held 7/22/05);  defendant remanded; order of detention filed. cc: USA, FPD, USM, USPO |
| 30 | 1 | 07/22/05 | [Re: DEF 1] RRB Order of Detention Pending Trial.  cc: USA, FPD, USM, USPO |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A05-0055--CR (RRB)
                      "USA V CLAUDE BUTLER"

                         For all filing dates


 Document #    Filed     Docket text

   31 -  1    07/27/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress (25-1).

   32 -  1    07/27/05   [Re: DEF 1] PLF 1 Notice of additional authorities in support of
                         oppostion to motion to suppress.

   33 -  1    07/29/05   [Re: DEF 1] TWH Court Minutes [ECR: Linda Christensen] re Evidentiary
                         Hearing on Defendant's Motion to Suppress (Doc #25) (held 7/28/05); hrg
                         to resume on 7/29/05 at 10:30 am.  cc:  USA, FPD, USM, USPO, Judge
                         Beistline

   34 -  1    08/01/05   [Re: DEF 1] TWH Court Minutes [ECR: April Karper/Linda Christensen] re
                         Cont Evidentiary Hrg on Def's Mot to Suppress (Doc #25) (Held 7/29/05);
                         court ordered expedited transcript of entire hrg; govt to provide tape
                         of GJ testimony to crt by 8/1/05 for in-camera review; Agent
                         Hollingshead to remain available for further testimony; cnsl give to 12
                         pm 8/1/05 to submit to court add'l briefing w/case citations; cnsl to
                         provide crt with copies of all admitted exhs (with except of plt's 8) by
                         12 pm 8/1/05; wit/exh lists att; copies of plt's admitted exhs 1-7
                         submitted to crt following adjournment of hrg.  cc:  USA, FPD, USM,
                         USPO, Judge Beistline

   35 -  1    08/01/05   DEF 1 Supplemental authority re: DEF 1 motion to suppress (25-1).

   36 -  1    08/01/05   [Re: DEF 1] PLF 1 Supplemental authorities in support of opposition to
                         DEF 1 motion to suppress (25-1).

   37 -  1    08/02/05   [Re: DEF 1] PLF 1 Notice of filing GJ testimony of R. Hollingshead per
                         crt order for in camera review. (audio record forwarded to MJ)

   38 -  1    08/02/05   [Re: DEF 1] JDR Minute Order re Final Argument on def's mot to suppress
                         set for 8/3/05 at 10:30 a.m. before MJ Hall. cc: USA, FPD

   39 -  1    08/02/05   [Re: DEF 1] Transcript of Bail Review Hrg (held 7/22/05).

   40 -  1    08/02/05   DEF 1 motion on shortened time to strike government's filing of
                         supplemental authorities or, in the alternative to provide defense the
                         opportunity to respond in kind.

   41 -  1    08/03/05   DEF 1 motion on shortened time to exonerate bond w/att exhs.

   42 -  1    08/03/05   [Re: DEF 1] TWH Order granting motion on shortened time to exonerate
                         bond (41-1); the bond of $25,000 is exonerated. cc: USA, FPD, Finance,
                         Freds Bail Bonding

   43 -  1    08/03/05   [Re: DEF 1] TWH Court Minutes [ECR: April Karper] re Fin Argument on
                         Def's Mot to Suppress (Doc #25) (held 8/3/05); crt found GJ testimony of
                         Special Agent Hollingshead does not appear to be discoverable; def may
                         present addtl fin argument due by noon on 8/5/05, def to fax copy to FBX
                         crt and give a copy to Ruth Tronnes; cc: USA, FPD, USM, USPO, FBX Court,
                         R. Tronnes, MJ Roberts, Judge Beistline.

   44 -  1    08/05/05   DEF 1 Final Argument in support of motion to suppress (25-1).

   45 -  1    08/08/05   [Re: DEF 1] Vol I of Transcript of Evidentiary Hrg on DEF Mot to
                         Suppress (Doc #25) Day 1 of 2 (held 7/28/05).
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0055--CR (RRB)
                                "USA V CLAUDE BUTLER"

                                  For all filing dates


 Document #    Filed      Docket text

   46 -   1   08/08/05    [Re: DEF 1] Vol II of Transcript of Cont Evidentiary Hrg on DEF Mot to
                          Suppress (Doc #25) Day 2 of 2 (held 7/29/05).

   47 -   1   08/08/05    DEF 1 motion on shortened time for continuance of trial date.

   48 -   1   08/09/05    Initial R&R re: DEF 1 motion to suppress (25-1) be denied. Objections
                          due NLT Noon on 08/12/05; objs to be immediately forwarded to Judge
                          Beistline for review & final determination. cc: USA, FPD, Judge
                          Beistline

   49 -   1   08/10/05    [Re: DEF 1] RRB Minute Order that def's mot on shortened time for
                          continuance of trial @ dkt 47 to be addressed @ FPTC set 8/11/05 @ 8:45
                          a.m.; cnsl for def to be telephonic. cc: USA, FPD

   50 -   1   08/11/05    [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton]re FPTC & Hrg on Mot
                          to Continue Trial; granting motion on shortened time for continuance of
                          trial date (47-1); trial continued to 9/6/05 at 8:30 am; FPTC continued
                          to 9/1/05 at 10:00 am.  cc: USA, FPD, USM, USPO, Jury Clerk

   51 -   1   08/12/05    DEF 1 objection to R&R re: DEF 1 motion to suppress (25-1).

   52 -   1   08/15/05    [Re: DEF 1] RRB Minute Order court requests plf's exhs 2 through 7 re:
                          the motion to suppress at dkt 48, be delivered to the Clerk of Court by
                          8/16/05.   cc: AUSA, FPD

   53 -   1   08/16/05    [Re: DEF 1] PLF 1 Response to Order re: submission of government's
                          exhibits.

   54 -   1   08/19/05    [Re: DEF 1] RRB Order adopting magistrate judge's recommendaton and
                          denying motion to suppress (25-1).  cc: AUSA, FPD, MJ ROBERTS

   55 -   1   08/26/05    DEF 1 Notice of Intent to change plea.

   56 -   1   08/30/05    [Re: DEF 1] RRB Minute Order re FPTC set for 9/1/05 is VACATED; PCOP hrg
                          set for 9/1/05 at 9:30 a.m. cc: USA, FPD, USM, USPO, MJ Roberts

   57 -   1   09/01/05    [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] Proposed Change
                          of Plea (held 09/01/05); Defendant plead Guilty to Count 1 of the
                          Indictment; Defendant's detention continued; TBJ set 09/06/05 at 8:30
                          a.m. Vacated; IOS set 11/15/05 at 10:30 a.m.; no plea agreement.  CC:
                          USA, FPD, USM, USPO, Jury Clerk.

   58 -   1   11/04/05    [Re: DEF 1] RRB Minute Order rescheduling sentencing.  IOS previously
                          set 11/15/05 is rescheduled for 11/22/05 at 1:30 p.m. in Courtroom #2.
                          cc: AUSA, FPD, USM, USPO

   59 -   1   11/15/05    [Re: DEF 1] PLF 1 Sentencing Memorandum.

   60 -   1   11/15/05    DEF 1 Notice of filing letters w/att letters.

   61 -   1   11/16/05    DEF 1 Sentencing Memorandum w/att exhs.

   62 -   1   11/21/05    [Re: DEF 1] PLF 1 Notice of filing att audio CD from dispo hrg hld
                          1/7/04 in A96-063 CR (JWS).

   63 -   1   11/23/05    [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: IOS (held
                          11/23/05); sent imposed as stated in judg.

 ACRS: R_RDSDX                  As of 12/01/05 at 2:55 PM by GARRY                       Page 4
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0055--CR (RRB)
                              "USA V CLAUDE BUTLER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 64 - 1 | 11/29/05 | [Re: DEF 1] RRB Judgment pleaded guilty to count 1 of the Indictment (1-1). Imprisonment for a term of 63 months w/recommendations to the BOP.  The def is remanded to the custody of the USM. SR 4 years w/standard and special conditions. SA $100.00.  cc: AUSA, FPD, USM, USPO, MJ ROBERTS, FINANCE, FLU, DEF W/CNSL |